WILLIAM A. COPELAND et al., respondents,

*v.*

UNITED SHOE MACHINERY COMPANY et al., appellants.

[Argued June 30th, 1915. Decided November 15th, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported in *84 N. J. Eq. 276.*

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, HEPPENHEIMER, TAYLOR—11.

*For reversal*—None.